In the Matter of the Arbitration between KENYA CORPORATION, Respondent, and FOX, WELLS & CO., INC., and/or DOVER MILL CO., Appellants. In the Matter of the Arbitration between FOX, WELLS & CO., INC., and/or DOVER MILL CO., Appellants, and KENYA CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs. We note, however, that the parties stipulated in open court that the sum of $18,432.45 due appellant from petitioner on other accounts be credited against the award of $28,250, so that the net sum of $9,817.55 be the sum to be paid. Present — Peck, P. J., Cohn, Callahan, Botein and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS J. CUNNINGHAM.— Motion to dismiss appeal granted. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

ROBERT H. PETERSON v. GLENSIDE PUBLISHING CO., INC.— Motion to dismiss appeal granted, with $10 costs. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

**(June 24, 1954.)**

■

(Republished.)

HENRY B. WESSELMAN et al., as Executors of BLANCHE WESSELMAN, Deceased, Respondents, v. ENGEL COMPANY, INC., et al., Appellants, et al., Defendants.— Judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Bastow, JJ.; Dore and Cohn, JJ., dissent; dissenting opinion by Dore, J. [See *ante,* p. 1020.]

**SECOND DEPARTMENT, JUNE, 1954.**

**(June 1, 1954.)**

■

BERKOWITZ HOLDING CORP., Respondent, v. COLORITE TEXTILE PRINT WORKS, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ.

■

ADRIAN BLUMENFELD, Respondent, v. ROCKVILLE PARK HOMES, INC., Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *ante,* p. 896.]